WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-35CB, Mortgage Passthrough Certificates, Series 2005-35CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-35CB, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-35CB,<br><br>Plaintiff,<br>vs.<br><br>ANDRE BEROUD; 7937 SONG THRUSH TRUST; SUN CITY ALIANTE COMMUNITY ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC; UNITED LEGAL SERVICES, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01056-GMN-CWH<br><br>**SUBSTITUTION OF ATTORNEY** |

///
///
///
///
///

1  Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the
2  Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-35CB, Mortgage Passthrough
3  Certificates, Series 2005-35CB, hereby substitutes and appoints the law firm of Wright, Finlay &
4  Zak, LLP as its attorneys in the above-entitled matter in place and stead of the law firm of
5  Akerman LLP.
6  DATED this 2d day of July, 2020.

The Bank of New York Mellon fka The Bank of
New York, as Trustee for the Certificateholders of
CWALT, Inc., Alternative Loan Trust 2005-35CB,
Mortgage Passthrough Certificates, Series 2005-
35CB, by Bayview Loan Servicing, LLC, its
attorney in fact

By: _____
Its: First Vice Pres. ____

14  Akerman LLP, hereby substitutes in its place and stead Wright, Finlay & Zak, LLP, as
15  attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for
16  the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-35CB, Mortgage
17  Passthrough Certificates, Series 2005-35CB, in the above-entitled matter.
18  DATED this ___ day of July, 2020.

AKERMAN LLP

By: _____
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Prior Attorney for Plaintiff, The Bank of New York
Mellon fka The Bank of New York, as Trustee for
the Certificateholders of CWALT, Inc., Alternative
Loan Trust 2005-35CB, Mortgage Passthrough
Certificates, Series 2005-35CB*

Wright, Finlay & Zak, LLP, hereby accepts substitution as attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-35CB, Mortgage Passthrough Certificates, Series 2005-35CB, in the above-entitled matter in place and stead of Akerman LLP.

DATED this 31 day of August, 2020.

WRIGHT, FINLAY & ZAK, LLP

By: /s/
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-35CB, Mortgage Passthrough Certificates, Series 2005-35CB*

**IT IS SO ORDERED.**

DATED: September 3, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 2nd day of September, 2020, a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP